IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:08CR213 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| BRADLEY W. CARR, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Defendant's motion to extend his self surrender date (Filing No. 42). The government does not oppose a 2-week extension.

IT IS ORDERED:

1. The Defendant's motion to extend his self surrender date (Filing No. 42) is granted;

2. The Defendant is directed to self surrender at the institution designated by the Bureau of Prisons no earlier than Thursday, February 5, 2009; and

2. The Clerk is directed to immediately deliver a copy of this order to the U.S. Marshal.

DATED this 31st day of December, 2008.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge